46562. MOORE v. SIMPSON STREET APARTMENTS, INC.
46563. LOFTON v. SIMPSON STREET APARTMENTS, INC.
46564. PRIMROSE v. SIMPSON STREET APARTMENTS, INC.
46565. McREYNOLDS v. SIMPSON STREET APARTMENTS, INC.

PANNELL, Judge. It appearing in these cases that the notices of appeal were filed several days before the date of and the entry of the order appealed from, the appeals are hereby dismissed as premature. *Gibson v. Hodges,* 221 Ga. 779 (2) (147 SE2d 329).

*Appeals dismissed. Bell, C. J., and Deen, J., concur.*

ARGUED SEPTEMBER 9, 1971—DECIDED OCTOBER 20, 1971—
REHEARING DENIED NOVEMBER 8, 1971.

Edward L. Baety, for appellants.
Schwall & Heuett, Emory A. Schwall, Lee S. Alexander, for appellee.